# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT HERNANDEZ, JR., | Case No. CV 11-8863-GHK (JEM) |
| Petitioner, | |
| v. | **J U D G M E N T** |
| SUSAN HUBBARD, | |
| Respondent. | |

In accordance with the Order Accepting Findings and Recommendations of United States Magistrate Judge filed concurrently herewith,

IT IS HEREBY ADJUDGED that the action is dismissed with prejudice.

DATED: 6/20/13

GEORGE H. KING
CHIEF UNITED STATES DISTRICT JUDGE